

**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

May 29, 2024

<u>BY ECF</u>
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

1:24-cv-02234-LGS Garcia v. Ray's Smoothies Inc

Your Honor:

Pursuant to the Court's Order dated May 21, 2024, the Plaintiff respectfully submits this status report.

The Plaintiff has not been in further communication with the Defendants. As a result, the parties have been unable to file the joint status letter and proposed case management plan as directed.

In light of this, the Plaintiff respectfully requests:

An adjournment of the initial pretrial conference currently scheduled for June 5, 2024, to a new date of June 29, 2024.

Permission to present an Order to Show Cause for default judgment against the Defendants prior to the newly proposed conference date, in accordance with the Court's Individual Rules.

The Plaintiff remains committed

Respectfully submitted,

Lina Stillman, Esq.
Stillman Legal P.C.
42 Broadway, 12th Floor
New York, New York 10004
Tel: (212) 203-2417
LS@stillmanlegalpc.com

---

Application **GRANTED** in part. An individual purporting to be Defendant Ana Vergel's son joined the Court conference line on two occasions. Defendant is encouraged to contact the Pro Se unit for assistance at (212) 805-0175 or through the Website at www.nysd.uscourts.gov/prose. Plaintiff shall serve this Order on Defendants and file proof of service by **June 7, 2024.** The initial pretrial conference is **ADJOURNED** from June 5, 2024, to **June 26, 2024, at 4:10 P.M.** If Plaintiff is in communication with Defendants by **June 19, 2024,** the parties shall file their initial pretrial conference materials at that time; if Plaintiff still is not in communication with Defendants, Plaintiff shall renew its request to present an Order to Show Cause for default judgment.

Dated: May 30, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE