```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   MARIA GARCIA,                                            :
                                 Plaintiff,                 :
                                                            :     24 Civ. 2234 (LGS)
                  -against-                                 :
                                                            :          ORDER
   RAY'S SMOOTHIES, INC., et al.,                           :
                                 Defendants.                :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff obtained a Clerk's Certificate of Default as to Defendants Ray's Smoothies Inc., Antonio Herreros and Ana Vergel. (Dkt. No. 26);

WHEREAS, on July 24, 2024, Plaintiff filed a motion for default judgment against Defendants Ray's Smoothies Inc., Antonio Herreros and Ana Vergel (Dkt. 27);

WHEREAS, a hearing to show cause as to why a default judgment should not be entered against Defendants was held on August 28, 2024;

WHEREAS, no Defendants appeared at the August 28, 2024, hearing to show cause. It is hearby

**ORDERED** that by **September 10, 2024**, Plaintiff shall file a proposed default judgment order pursuant to the procedures described in Local Civil Rule 55.2.

Dated: September 3, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE