**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Maria Garcia,

                  Plaintiff,

-against-

Ray's Smoothies Inc., et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2025

1:24-cv-02234 (LGS) (SDA)

**ORDER**

        WHEREAS, on February 15, 2025, the Court entered an Order requiring Plaintiff, no later than February 25, 2025, to serve by mail upon Defendants the filings required by the February 15 Order,[1] the filings made by Plaintiff on February 14 (ECF No. 35), the Orders entered at ECF Nos. 33 and 34 and the February 15 Order (ECF No. 36), and to file proof of such service to the ECF docket; and

        WHEREAS, on February 25, 2025, Plaintiff filed an Affidavit of Service stating that a single document was served by mail upon Defendants on February 17, 2025, describing that document as "the February 17, 2025 Court Order" (ECF No. 38); and

        WHEREAS, there was no Court Order issued in this case on February 17, 2025; and

        WHEREAS, Plaintiff has failed to file proof of service as required by the Court's February 15 Order.

        NOW, THEREFORE, it is hereby ORDERED, that, **as soon as possible, but no later than March 4, 2025**, Plaintiff shall file an affidavit of service indicating that all of the following

---

[1] The filings made by Plaintiff pursuant to the February 15 Order are ECF Nos. 37, 37-1 and 37-2.

documents were served by mail upon Defendants: ECF Nos. 33, 34, 35, 35-1, 36, 37, 37-1 and 37-2, as well as the date when such service was done.

**SO ORDERED**.

Dated:   New York, New York
         February 27, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**