UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARIA GARCIA,

          Plaintiff,          24 **CIVIL** 2234 (LGS)

-against-          **JUDGMENT**

RAY'S SMOOTHIES INC., et al.,

          Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 22, 2025, the damages award in the Report is ADOPTED in full for the reasons stated in the Report. Plaintiff is awarded $31,420 in damages and $6,740 in attorneys' fees and costs, jointly and severally, against Defendants. Accordingly, the case is closed.

**Dated:** New York, New York

    July 23, 2025

                                                  **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                        **BY:**

                                                **Deputy Clerk**